```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF PUERTO RICO
```

UNITED STATES OF AMERICA
    Plaintiff

    v.

FARMACIA MASSO, INC
    Defendant

CRIMINAL NO. 98-CR-125(SEC)

<u>NOTICE TO THE COURT</u>

TO THE CLERK OF THE COURT:

    Plaintiff through the undersigned attorney hereby informs the Court that the Special Monetary Assessment and Restitution imposed in this case has been satisfied in full by defendant Farmacia Masso, Inc.

    I hereby certify that on this date a true copy of this motion was sent to Eustaquio Babilonia, Chief U.S. Probation Office, District of Puerto Rico.

    In San Juan, Puerto Rico, this <u>27th</u> day of <u>July</u> of 2007.

    ROSA EMILIA RODRIGUEZ VELEZ
    UNITED STATES ATTORNEY

    s/ REBECCA VARGAS VERA
    Assistant U.S. Attorney
    Financial Litigation Unit
    USDC ID NO. 203307
    Torre Chardon, Suite 1201
    350 Carlos Chardon Street
    San Juan, Puerto Rico 00918
    Tel. 766-5656